Stephen V. O'Neal (State Bar No. 95804)
soneal@jonesday.com
Kent W. Lindsay (State Bar No. 120833)
klindsay@jonesday.com
David L. Wallach (State Bar No. 233432)
dwallach@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    415.626.3939
Facsimile:    415.875.5700

Attorneys for Respondents
CHEVRON U.S.A. HOLDINGS, INC. AND
CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CPB Contractors Pty Limited,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**KBR, Inc., et al.,**<br><br>    **Defendant.** | **Case No.  17-mc-80060-EDL**<br><br>**RESPONDENTS CHEVRON U.S.A. HOLDINGS, INC. AND CHEVRON U.S.A. INC.'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENAS** |

Pursuant to Local Rule 7-7(e), Respondents Chevron U.S.A. Inc. and Chevron U.S.A. Holdings, Inc. hereby withdraw their motion to quash the subpoenas served on them by Plaintiff CPB Contractors Pty Limited ("CPB") in connection with *CPB Contractors Pty Limited v. KBR Inc., et al*, Case No. 16-cv-2812 (S.D. Tex.) (the "Texas action").  On May 31, 2017, Respondents received an e-mail from CPB notifying them that Judge David Hittner issued an order on May 27, 2017 denying CPB's motion to remand, granting Defendants' motion to stay, and administratively terminating the Texas action.  Judge Hittner ordered that "[a]ll proceedings are stayed pending completion of the arbitration."  CPB states in its e-mail that "given this order, CPB will not attempt to enforce the subpoenas to Chevron U.S.A. Inc. or Chevron U.S.A. Holdings, Inc. while the stay is in effect.  Therefore, your motions are moot."

Accordingly, Respondents withdraw their motion to quash.

CPB's May 31, 2017 e-mail is attached as Appendix A and Judge Hittner's May 27, 2017 order is attached as Appendix B.

Dated: June 1, 2017

Respectfully submitted,

Jones Day

By: /s/ Stephen V. O'Neal
    Stephen V. O'Neal

Counsel for Respondents
CHEVRON U.S.A. HOLDINGS, INC. AND
CHEVRON U.S.A. INC.